■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DUNHAM, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Criminal

Possession Marihuana, 2nd Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.